**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID OMAR SARRAULTE,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | **CIVIL NO. 3:CV-12-1053** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **WARDEN, FCC CANAAN,** | : | |
| | : | |
| **Respondent** | : | |

**O R D E R**

**AND NOW**, this **27th** day of **APRIL**, **2015**, in accordance with the accompanying memorandum, it is **ORDERED** that:

1. The Petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

2. Mr. Sarraulte's Motion to Supplement (Doc. 17) his Reply Brief is **DENIED** as moot.

3. The Clerk of Court is directed to close this case.


**/s/ A. Richard Caputo**
**A. RICHARD CAPUTO**
**United States District Judge**